BRIAN J. STRETCH
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN CSBN 240609
Special Assistant United States Attorney
Social Security Administration
1600 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8825
Facsimile: (415) 744-0134
E-mail:  Jennifer.Tarn@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND

| | |
|---|---|
| ALBERTO JACINTO, | ) Case No. 4:15-cv-03516-DMR |
| | ) |
| Plaintiff, | ) **STIPULATION TO VOLUNTARY** |
| vs. | ) **REMAND PURSUANT TO SENTENCE** |
| | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| | ) **ENTRY OF JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

   IT IS STIPULATED by and between Plaintiff Alberto Jacinto ("Plaintiff"), and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

   On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The Appeals Council will instruct the ALJ to reevaluate the opinion evidence,

1  Plaintiff's residual functional capacity, Plaintiff's ability to return to his past relevant work, or perform
2  other work in the national economy, and if warranted, obtain supplemental vocational evidence.  The
3  parties further request that the Clerk of the Court be directed to enter a final judgment in favor of
4  Plaintiff, and against Defendant, reversing the final decision of the Commissioner and remanding for
5  further proceedings.

7  DATE:  April 19, 2016                             BRIAN J. STRETCH
                                                      United States Attorney
8                                                     DEBORAH LEE STACHEL
9                                                     Acting Regional Chief Counsel, Region IX
                                                      Social Security Administration

11                                      By:    /s/ Jennifer Lee Tarn
                                               JENNIFER LEE TARN
12                                             Special Assistant U.S. Attorney
13                                             Attorneys for Defendant

15  DATE: April 21, 2016                            LAW OFFICE OF GERI N. KAHN

17                                      By:    /s/ Geri Nadine Kahn*
                                               GERI NADINE KAHN
                                               * as authorized by email on April 21, 2016
18                                             Attorneys for Plaintiff

## ORDER

22  BASED UPON THE PARTIES' STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(G) AND TO ENTRY OF JUDGMENT ("STIPULATION FOR REMAND"), AND FOR CAUSE SHOWN, IT IS ORDERED THAT THE ABOVE-CAPTIONED ACTION IS REMANDED TO THE COMMISSIONER OF SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THE TERMS OF THE STIPULATION FOR REMAND.

27  Dated: April 25, 2016                           _____
                                                    HON. DONNA M. RYU
28                                                  UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED* — Judge Donna M. Ryu

-2-